AUSA  Michael Maritin (313) 226-9670
Special Agent  Trent Horky (313) 226-0777

4

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
v.

Rodolfo RAMIREZ-MOLINA

Case:2:15-mj-30206
Judge: Unassigned,
Filed: 04-28-2015 At 08:17 AM
USA v RODOLFO RAMIREZ-MOLINA (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 24, 2045 _____ in the county of ____ Wayne ____ in the ____ Eastern ____ District of ____ Michigan ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922(g)(5) | Illegal Alien in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:
See Attached Affidafit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Trent Horky / Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  April 28 2015

City and state:  Detroit, Michigan

_____
*Judge's signature*

Hon. Elizabeth Stafford, United States Magistrate Judge
*Printed name and title*

## Affidavit

I, Trent Horky, being duly sworn, do hereby state:

1.  I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed in this capacity since April 2006. Prior to employment as a Deportation Officer, affiant was a correctional officer with the Federal Bureau of Prison, for approximately five years. I am currently assigned as a task force officer to Homeland Security Investigation's (HSI) Border Enforcement Security task force (BEST) and investigate criminal violations related to border security, in such capacity, I have reviewed the official Immigration file (A206 554 993) and system automated data relating to the Ramiro MARTINEZ-LUJANO, which attests to the following:

2.  Rodolfo RAMIREZ-MOLINA is a thirty two year old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3.  On April 24, 2015, HSI BEST executed a federal search warrant at 8396 Smart Street Detroit, Michigan 48210. HSI BEST seized a Remington Arms 870 Express Magnum 12 gauge Shotgun Serial # C428380M, shotgun shells, and foreign identity documents. The shotgun, which was loaded with four (4) shotgun shells, and a Mexico passport in the name Rodolfo RAMIERZ-MOLINA along with a fraudulent Resident Alien Card bearing number A098 681 234, form I-551, and a fraudulent Social Security Card bearing number XXX-XX-0453 (both in the name RAMIREZ, Rodolfo) where seized in an upstairs bedroom.

4.  On April 24, 2015, HSI BEST agents examined the shotgun which was stamped "REMINGTON ARMS COMPANY INC. ILION, NY." In addition, two boxes of ammunition were found in the residence. One box indicated that it was manufactured by "Federal Cartridge Co., Anoka, MN" and the other stated that it was manufactured by "Remington Arms Company, Inc., Lonoke, Arkansas."

5.  ATF Special Agent Deon Hogan, an Interstate Nexus Expert, reviewed the history of the REMINGTON ARMS COMPANY INC. ILION, NY, and the Remington 870 Express Magnum 12 gauge

Shotgun Serial # C428380M.  Special Agent Deon Hogan indicated that this firearm was manufactured outside the State of Michigan, thus had traveled in or affected foreign or interstate commerce.

6.  On April 27, 2015, HSI BEST agents arrested RAMIREZ-MOLINA for administrative violations of the Immigration and Nationality Act (INA). RAMIREZ-MOLINA waived his Miranda rights and provided a sworn statement to agents. In the statement RAMIREZ-MOLINA admitted that he is a citizen of Mexico, who entered the United States illegally and is currently in the United States illegally, that the shotgun and ammunition seized during the search warrant was his and that he has shot the shotgun previously.

7.  On April 27, 2015, computer databases belonging to Homeland Security and the State Department where searched which showed no records of RAMIREZ-MOLINA ever applying for or receiving permission to enter the United States and an official alien registration number of A206 554 993 was assigned to RAMIREZ-MOLINA.

8.  On April 27, 2015, computer databases belonging to Homeland Security indicted that alien registration number A098 681 234 as indicated on the fraudulent Resident Alien card is not registered to RAMIREZ-MOLINA

9.  On April 27, 2015, the Social Security Administration's Office of Inspector General verified that Social Security number XXX-XX-0453 is not assigned to RAMIREZ-MOLINA.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11.    Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that Ramiro MARTINEZ-LUJANO is an illegal alien in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(5).


_____
Trent M. Horky, Task Force Officer
United States Department of Homeland Security
Immigration and Customs Enforcement
Homeland Security Investigations


Subscribed and sworn to before me this 28th day of April 2015.


_____
Hon. Elizabeth Stafford
United States Magistrate Judge
United States District Court
Eastern District of Michigan


3